

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00223-CV

**REVERSE MORTGAGE SOLUTIONS, INC.**,
Appellant

v.

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10472
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Unopposed Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before August 17, 2022. No further extensions absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court